

Aimée S. Lin | Special Counsel
DIRECT 973.681.7047 | alin@goldbergsegalla.com

December 12, 2024

# MEMO ENDORSED

> The conference, presently scheduled in both this action and the related action for December 19, 2024, is adjourned to December 20, 2024, at 10 a.m. in Courtroom 619 at the United States Courthouse, 40 Foley Square, New York, New York 10007. The Clerk of the Court is respectfully directed to file this order in the relate case, 24-cv-4902-ER.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 12/16/2024
> New York, New York

**BY ECF**
The Honorable Edgardo Ramos
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    AlSariaa v. TemPositions, Inc.**
**Case No. 1:24 Civ. 2451 (ER)**

Dear Judge Ramos:

This firm represents defendant TemPositions, Inc. ("TemPositions") in the above-referenced matter.

I write regarding the conference currently scheduled for December 19, 2024, at 9:30 a.m. Unfortunately, I have a conflict that day, as I have a deposition scheduled. The deposition was rescheduled from a previous date; I am therefore quite certain that the deposition will proceed on December 19.

I have conferred with Ms. AlSariaa, the pro se plaintiff in this matter, as well as Michael L. Goldman, Esq., attorney for defendant New York Junior Tennis League, Inc., in the related matter, AlSariaa v. New York Junior For Tennis & Learning, Case Number 1:24 Civ. 4902 (ER). Both Ms. AlSariaa and Mr. Goldman consent to the adjournment of the conference. This is the first request for the adjournment of the conference by TemPositions.

Thank you for your consideration.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

*/s/ Aimée S. Lin*
Aimée S. Lin

cc:    Ms. Noora AlSariaa
       Michael L. Goldman, Esq. (by email)