UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORA ALSARIAA,

                    Plaintiff,

          -against-

TEMPOSITIONS, INC. "SCHOOL PRO-
FESSIONALS,"

                    Defendant.

**ORDER**

24-cv-02451 (ER)

NOORA ALSARIAA,

                    Plaintiff,

          -against-

NEW YORK JUNIOR FOR TENNIS &
LEARNING - PUBLIC SCHOOL 215,

                    Defendant.

24-cv-04902 (ER)

RAMOS, D.J.:

On March 30, 2024, Noora AlSariaa brought an action against TemPositions, Inc., alleging employment discrimination pursuant to Title VII of the Civil Rights Act of 1964. *See AlSariaa v. Tempositions, Inc.,* 24-cv-02451. The complaint in the case was amended on July 17, 2024. *Id*.

On June 24, 2024, Ms. AlSariaa brought a related action against New York Junior for Tennis & Learning (NYJTL), alleging employment discrimination pursuant to Title VII of the Civil Rights Act of 1964 and the New York City Human Rights Law. *See AlSariaa v. New York Junior for Tennis & Learning - public school 215*, 24-cv-02451. The complaint was amended on July 19, 2024. *Id*.

On December 20, 2024, the Court held a conference where the parties consented to the consolidation of the two cases. Under Rule 42 of the Federal Rules of Civil

2

Procedure, a district court may consolidate one civil action with another civil action pending in the same court if both actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2).  When actions are consolidated, they are "join[ed] together ... without ... los[ing] their independent character."  *Hall v. Hall*, 138 S. Ct. 1118, 1124-25 (2018).

Because the parties have consented to consolidation, and because these actions involve common issues of law and fact, both equity and judicial economy support the consolidation of these cases.  The Clerk of Court is therefore directed to consolidate these cases.

It is SO ORDERED.

Dated:    December 20, 2024
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.

2